UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JONATHAN KERR,
     Plaintiff/Defendant-
     in-Counterclaim,

     v.                                CIVIL ACTION NO.
                                       07-30021-MBB
TERRY VINCE and SYBIL VINCE,
     Defendants/Plaintiffs-
     in-Counterclaim, and

SOVEREIGN, INC.,
and NACHAS REALTY CORP.
aka NACHAS REALTY, INC.,
     Defendants.
```

## FINAL JUDGMENT

### April 28, 2010

**BOWLER, U.S.M.J.**

The issues having been duly heard and a decision rendered, it is **ORDERED** and **ADJUDGED** that plaintiff Jonathan Kerr take nothing from defendants Terry Vince, Sybil Vince, Sovereign, Inc. and Nachas Realty Corp. aka Nachas Realty, Inc., and that plaintiffs in counterclaim Terry Vince and Sybil Vince take nothing from defendant in counterclaim from Jonathan Kerr and that this action be dismissed with prejudice.  No party is entitled to costs.

                                        /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge